IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TRAVIS McCALL, | : | |
| Petitioner, | : | Case No. 3:12cv00049 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| RANDALL TERRY, | : | |
| Respondent. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 6, 2012 (Doc. #5) is ADOPTED in full;

2. The United States' Motion to Substitute Party and to Dismiss (Doc. #3) is GRANTED; and,

3. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge